**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2913 |

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, the undersigned hereby certifies that on August 26 2019, a copy of the foregoing *SUPPLEMENT TO BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407 and BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407* and this *Proof of Service* were electronically filed with the Court for the JPML by using the CM/ECF system, and that service will be accomplished by the CM/ECF system on all registered CM/ECF participants:

| | |
|---|---|
| PAX LABS, INC.<br>c/o InCorp Services Inc.<br>4142 Carmichael Road<br>Montgomery, AL 36106<br>Via First Class Mail | |